UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE ZIELINSKI,

    Petitioner,

v.

    Case No. 1:03-cv-271

    HON. DAVID W. McKEAGUE*

SALLY LANGLEY,

    Respondent.

_____/

## JUDGMENT ORDER
## DENYING PETITION FOR WRIT OF HABEAS CORPUS

In accordance with the Court's written opinion entered this date,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation is **APPROVED**; and

**IT IS FURTHER ORDERED**, in accordance with the report and recommendation, that petitioner's petition for writ of habeas corpus is **DENIED**.

Dated: June 16, 2005

    /s/   David W. McKeague
    DAVID W. McKEAGUE
    UNITED STATES CIRCUIT JUDGE

---

\* Hon. David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.